

1345 AVENUE OF THE AMERICAS – 15TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

**MEMO ENDORSED**

December 22, 2023

**VIA ECF**
Honorable Jessica G. L. Clarke, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   *Marquez v. Rosebox LLC et al.*
      **Civil Case No. 1:23-cv-08171**

Dear Judge Clarke,

> Application GRANTED. The initial pretrial conference previously scheduled for January 2, 2024 is hereby adjourned to **March 26, 2024 at 12:00 p.m**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.
>
> Dated: December 26, 2023
>        New York, New York
>
> SO ORDERED.
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge

We represent Defendants in the above-referenced action and submit this letter motion jointly with Plaintiff, pursuant to section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, to request an adjournment of the Initial Pretrial Conference, currently scheduled for January 2, 2024.

On September 20, 2023, Your Honor issued an Order referring this matter to Magistrate Judge Stewart D. Aaron for the purpose of settlement. Dkt. No. 8. The parties subsequently conferred regarding mutually agreeable dates, and ultimately scheduled the settlement conference for January 17, 2024. Dkt. No. 11. As indicated in Your Honor's Notice of Pretrial Conference, also dated September 20, 2023, the parties shall schedule a settlement conference to take place at least two (2) weeks before the Initial Pretrial Conference. Dkt. No. 7. Therefore, because the parties were unable to find a mutually agreeable time for the settlement conference prior to the current date of the Initial Pretrial Conference, the parties require a brief adjournment of the Initial Pretrial Conference, in order to comply with the Notice of Pretrial Conference.

The parties propose the following alternative dates for the Initial Pretrial Conference: February 7, 2024; February 13, 2024; and February 15, 2024.

This is the parties' first request for an adjournment of the Initial Pretrial Conference. The parties have no other scheduled appearances before the Court.

Respectfully,

ELLENOFF GROSSMAN & SCHOLE LLP

Nicola Ciliotta

cc:  All counsel of record (*via* ECF)