

# HELEN F. DALTON & ASSOCIATES
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2024**

February 16, 2024

**To (via ECF):**
Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Application GRANTED. SO ORDERED.

Dated: February 16, 2024

*[signature]*

Re: *Marquez v. Rosebox LLC et. al.*
Civil Docket No.: 1:23-cv-08171

Dear Judge Aaron:

    Our office represents Lily Andreina Sosa Marquez ("Plaintiff") in this matter, and we respectfully submit this letter motion to respectfully request an extension of time to file the settlement documents pursuant to the Order dated January 24, 2024 (*see* Doc. No. 24). The settlement documents are due to the Court on February 21, 2024.

    The parties are still in the process of drafting and finalizing the settlement agreement and motion for settlement approval to be submitted to the Court. As such, we respectfully request a one (1) week adjournment to file the joint motion. If this request is granted, the parties can file on or before February 28, 2024.

    Counsel for Defendants have consented to this request. This is the second request for an extension of this deadline and this request will not affect any other dates or deadlines.

    We thank Your Honor for his kind consideration on this matter and we remain available to provide any additional information necessary.

Respectfully submitted,

/s/
_____
Roman Avshalumov, Esq.

**CC (via ECF):**
Nicola Ciliotta, Esq.
Ilan Weiser, Esq.
Ellenoff Grossman & Schole LLP
Attorneys for the Defendants
1345 Avenue of the Americas – 15th Floor
New York, NY 10105
Tel: (212) 370-1300
Email: nciliotta@egsllp.com