```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lily Andreina Sosa Marquez, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | 1:23-cv-08171 (SDA) |
| -against- | ORDER |
| **Rosebox LLC et al.,** | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's January 24, 2024 Order, Plaintiff was to file a copy of the retainer agreement with Plaintiff's counsel. (*See* 1/24/24 Order, ECF No 24; *see also* 2/29/24 Joint Letter, ECF No. 29, at 4-5 (discussing retainer agreement).) Plaintiff shall do so no later than Thursday, March 14, 2024.

**SO ORDERED.**

Dated: New York, New York
March 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge